

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**SABRINA TANN**
Phone: (212) 442-8600
Fax: (212) 788-9776
stann@law.nyc.gov



December 17, 2007

**BY HAND DELIVERY**
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007



Re: Raymond Davis v. City of New York et al., 07 CV 6430 (AKH)(RLE)

Your Honor:

On behalf of the parties to the above-referenced action, I write to respectfully inform the Court that a settlement in the amount of Forty Thousand Dollars ($40,000) has been reached between the parties, which disposes of the action in its entirety. The parties are in the process of preparing the necessary settlement paperwork for submission to the Court. Accordingly, for this reason the parties jointly and respectfully request that the Court adjourn the status conference currently scheduled for December 19, 2007 at 9:45 a.m. pending the execution of the settlement paperwork to the Court.

A suggestion of settlement having been made, this case is dismissed, subject to restoration by either party within 30 days on notice. All pending court dates are cancelled. The Clerk is directed to close the case.

Alvin K. Hellerstein, U.S.D.J.
Date: 12-18-07

The parties thank the Court for considering the within request.

Respectfully submitted,

Sabrina Tann (ST 2552)
Assistant Corporation Counsel
Special Federal Litigation Division

cc: Gregory Antollino, Esq.
Attorney for Plaintiff
(By Facsimile)